# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Frank S. Cammarata as successor to MHP II Corporation doing business as Cammarata Associates

**Plaintiff,**

**V.**

Kelly Capital, LLC; Kelly Escrow Fund V, LLC; Michael R. Kelly

**Defendant.**

**Civil Action No.** 17-cv-00346-BEN-AGS

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

To sum up, Plaintiff was granted five and a half months to conduct discovery prior to responding to Defendants' motion, and/or seek leave to amend his Complaint to establish a valid excuse as to why his claims are not barred by their respective statute of limitations. Plaintiff has failed to demonstrate why the discovery rule should apply to toll the statute of limitations on any of his claims. As a result, the Court concludes Plaintiff has not met his burden to demonstrate a triable issue of material fact exists for any of his claims. Therefore, Defendants' motion for summary judgment on each of Plaintiff's claims is GRANTED. IT IS SO ORDERED.

**Date:** 9/10/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Hazard
A. Hazard, Deputy