Miles D. Grant, Esq. (SBN 89766)
Alexander J. Kessler, Esq. (SBN 278240)
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036

Attorneys for Defendants Michael R. Kelly and Kelly Capital LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK S. CAMMARATA, d/b/a CAMMARATA ASSOCIATES, as successor to MHP II Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KELLY CAPITAL, LLC; KELLY ESCROW FUND V, LLC; and MICHAEL R. KELLY,<br><br>Defendants. | CASE NO. 17-CV-00346 BEN AGS<br><br>**DECLARATION OF GRANT PULEO IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES**<br><br>Date: October 29, 2018<br>Time: 10:30 a.m.<br>Dept: 5A<br>Judge: Hon. Roger T. Benitez |

I, Grant Puleo, declare:

1. I am an attorney licensed to practice in the State of California and before this Court and I am a partner at Duane Morris LLP. I represented Kelly Capital LLC ("KC") and Michael R. Kelly (collectively "Kelly") in this matter prior to Grant & Kessler APC associating into the case.

**A. The services rendered by Duane Morris in this action**

2. On February 21, 2017, Plaintiff filed this action, alleging 10 different causes of action against Kelly. After being retained by Kelly to represent them in this action, we immediately reviewed Plaintiff's Complaint and communicated with Kelly, as well as his New Jersey counsel. In order to effectively represent Kelly, it was imperative for us to understand the full history between the parties, which necessitated that we

review both the history of the litigation between Kelly and Plaintiff in New Jersey ("New Jersey Action"), as well as the underlying litigation between KC and S&M Brands that took place in Virginia between 2010 and 2013 ("Virginia Action"). While significant time was spent on learning this history shortly after the Complaint was filed, we also continued to review and analyze pleadings and papers from the New Jersey and Virginia Action as the case progressed and we developed our theories of how we would handle the case.

3. After beginning to learn the history of the relationship between the parties and the New Jersey and Virginia Actions, we formulated a settlement proposal and discussed this with Plaintiff's counsel. Unfortunately, this proved unsuccessful.

4. As a result, we next analyzed how best to respond to Plaintiff's Complaint. Doing this required conducting significant research and further communicating with Kelly and their attorneys.

5. Due to the length of Plaintiff's Complaint—totaling 33 pages, 127 paragraphs, 10 causes of action, and 9 prayers for relief—responding was far more burdensome than in an ordinary case. We spent significant time crafting the Answer, which totaled 40 pages when filed. (See ECF Doc 7.)

6. After Kelly filed their Answer to the Complaint, Plaintiff filed a Motion to Strike some of the affirmative defenses stated in the Answer. Plaintiff's tactic required us to expend significant time reviewing this issue and working with Plaintiff's counsel to appease Plaintiff on this issue. Eventually, we agreed to file an Amended Answer, which resolved this issue.

7. In addition to responding to the Complaint, we also evaluated and responded to Plaintiff's settlement offer, and met and conferred with Plaintiff's counsel on a number of issues, including the early neutral evaluation and the Rule 26(f) conference and disclosure requirements.

8. As part of the Rule 26 disclosures, we spent significant time reviewing tens of thousands of pages of documents from the Virginia and New Jersey Actions, in

order to determine what documents should be voluntarily disclosed to Plaintiff. We complied with the Rule 26 requirements, worked with Plaintiff's counsel to craft the required Joint Discovery Plan, and reviewed Plaintiff's Rule 26 disclosures.

9. Per the Court's rules, we also spent significant time preparing for and attending the Early Neutral Evaluation ("ENE"). This included spending over a dozen hours preparing the ENE brief, to persuasively explain why Plaintiff could not succeed on any of his claims, and many more hours preparing for the ENE. At the ENE, Plaintiff addressed entirely new theories of his case for the first time (including that there had been a "transfer" of the Second Tranche of escrow releases to Kelly Escrow Fund V LLC ("Kelly Escrow"), which triggered Plaintiff's commission).

10. After the ENE, we spent significant time gathering and producing documents that conclusively showed that Plaintiff's theories were flat-out wrong (because Kelly Escrow was the *original purchaser* of the Second Tranche and was not a financial institution or third-party end user as contemplated by Plaintiff and KC). Despite this, Plaintiff refused to settle the case, necessitating Kelly to continue to incur fees and costs.

11. After Grant & Kessler associated into the case to prepare the Motion for Summary Judgment that would eventually be filed, we worked with Grant & Kessler (mostly at no charge) to assist them. I also prepared to handle a hearing that was scheduled when Grant & Kessler was unavailable, and generally assisted Grant & Kessler as necessary.

**B. Duane Morris' attorneys and staff who worked on this matter**

12. **Grant Puleo**. I have been licensed as an attorney in California since 1995. I was a trial attorney for a decade before focusing my practice on commercial transactions. I have tried over a dozen jury trials and many more binding arbitrations and mediations involving commercial disputes. In addition to being a partner at Duane Morris, I am also an adjunct professor of law at California Western School of Law and I am a member of the Advisory Board of Endeavor Bank.

13. Kelly has been a longtime client of mine. When Plaintiff brought this action, Kelly consulted with me as to how to handle the case. I took the case in, generally oversaw the work being done, and consulted with my partners and Kelly about what work was necessary. My hourly rate on this matter was initially $580, and then $615, which was commensurate with the rates I typically charged at the time. Compared to billing rates of other attorneys in the San Diego area with similar skills and experience, I believe that a rate of $615 per hour was at or below average. I worked on this case a total of 9.70 hours, 5.90 of which were billed at $580 per hour and $3.8 of which were billed at $615 per hour, resulting in fees totaling $5,759.

14. **Patricia Hollenbeck**. Ms. Hollenbeck has been licensed as an attorney in California since 1985 and is a partner at Duane Morris. Ms. Hollenbeck's practice focuses on complex business litigation. Ms. Hollenbeck has handled well over 100 arbitrations, arbitrating to award in excess of 50 cases. She has been AV Preeminent Peer Review Rated by Martindale-Hubbell since 1999 and has received numerous awards. Ms. Hollenbeck was primarily responsible for handling the day-to-day litigation of this matter. Her hourly rate on this matter was $634.50, which was commensurate with her typical rate at the time (those rates have since increased). Compared to billing rates of other litigators in the San Diego area with similar skills and experience as Ms. Hollenbeck, I believe that a rate of $634.50 per hour was at or below average. Ms. Hollenbeck worked on this case a total of 115.10 hours, resulting in fees totaling $73,030.95.

15. **Courtney L. Baird**. Ms. Baird has been licensed as an attorney in California since 2004 and is a partner at Duane Morris. Ms. Baird's practice focuses on representing businesses, including defending litigation. She has extensive experience in complex litigation, including class actions, consumer claims, products liability, franchise claims, and more. She has been involved in hundreds of arbitrations and has won numerous awards. In this matter, Ms. Baird helped respond to Plaintiff's Complaint and Plaintiff's Motion to Strike Kelly's answer. Ms. Baird's hourly rate on

this matter was $517.50. Compared to billing rates of other litigators in the San Diego area with similar skills and experience as Ms. Baird, I believe that a rate of $517.50 per hour was at or below average. Ms. Baird worked on this case a total of 5.80 hours, resulting in fees totaling $3,001.50.

16. **Elizabeth Favret**. Ms. Favret has been licensed as an attorney in California since 2013. At the time she worked on this matter, Ms. Favret was an associate at Duane Morris whose practice focused on a variety of matters, including commercial litigation. Ms. Favret was the primary associate assigned to this matter. She assisted with research, drafting pleadings, complying with discovery and other code requirements, and helping communicate with the Court and opposing counsel. Ms. Favret's hourly rate on this matter was $423, which was commensurate with her typical rate at the time. Compared to billing rates of other litigators in the San Diego area with similar skills and experience as Ms. Favret, I believe that a rate of $423 per hour was at or below average. Ms. Favret worked on this case a total of 70.70 hours, resulting in fees totaling $29,906.10.

17. **Joshua E. Summers**. Mr. Summers has been licensed as an attorney in California since 2015. While an associate at Duane Morris, Mr. Summers' practice focused on representing businesses in a variety matters. Mr. Summers conducted brief research in this matter on key issues. His hourly rate on this matter was $300, which was commensurate with his typical rate at the time. Compared to billing rates of other attorneys in San Diego with area with similar skills and experience as Mr. Summers, I believe that a rate of $300 per hour was at or below average. Mr. Summers worked on this case a total of 3.10 hours, resulting in fees totaling $930.

18. **Morgan M. Stacey**. Ms. Stacey has been licensed as an attorney in California since 2016. Ms. Stacey is an associate at Duane Morris, where her practice focuses on business litigation. Ms. Stacey briefly helped draft law and motion papers in this matter. Her hourly rate on this matter was $365, which was commensurate with her typical rate at the time. Compared to billing rates of other attorneys in San Diego

with area with similar skills and experience as Ms. Stacey, I believe that a rate of $365 per hour was at or below average. Ms. Stacey worked on this case a total of 2.50 hours, resulting in fees totaling $912.50.

19. **GE Bayley, KH Bracey, and SM Robinson**. Bayley, Bracey, and Robinson are paralegals who assist our commercial litigation practice. On this matter, these paralegals assisted primarily with obtaining and organizing voluminous documents related to the underlying tobacco escrow litigation. Their hourly rates on this matter ranged from $270 to $345 per hour, based on their experience. These rates were commensurate with their typical rate at the time (those rates have since increased). Compared to billing rates of other paralegals in the San Diego area with similar skills and experience, I believe that these rates of $270 to $345 per hour were at or below average. Bayley, Bracey, and Robinson worked on this case a total of 6.5 hours, resulting in fees totaling $2,001.

**C. Costs incurred on this matter**

20. In addition to the fees incurred, as described above, Duane Morris also incurred $581.81 in costs, comprised primarily of PACER, printing, and research charges.

21. Attached as **Exhibit 1** are Duane Morris' invoices on this matter, partially redacted, containing all of our time from when we commenced the representation on through May 2018, when Duane Morris withdrew from the case. These invoices are a true representation of the actual invoices we submitted to our clients on this case. All of the services, time specified, and costs incurred in the invoices are accurate. I have redacted information that would tend to reveal attorney-client communications and attorney work product.

/ / /

/ / /

/ / /

/ / /

22. As can been seen from the invoices attached as **Exhibit 1**, Duane Morris incurred the following fees in this action:

| **Timekeeper** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| G. Puleo | 9.70 | $580/$615 | $5,759 |
| P. Hollenbeck | 115.10 | $634.50 | $73,030.95 |
| E. Favret | 70.70 | $423 | $29,906.10 |
| C. Baird | 5.80 | $517.50 | $3,001.50 |
| J. Summers | 3.10 | $300 | $930 |
| M. Stacey | 2.50 | $365 | $912.50 |
| Bayley/Bracey/Robinson | 6.50 | $270/$300/$345 | $2,001 |
| Total: | 213.40 | | $115,541.05 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2018, at Colombus, OH.

*/s/ Grant Puleo*
Grant Puleo

X:\Data\11-168\C-Motions\Fee Motion\Decl Puleo-01a.wpd

# EXHIBIT 1

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

April 14, 2017

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2293376 IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 03/31/2018 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $10,945.70 |
| DISBURSEMENTS | | |
| PACER FEDERAL DOCKET COSTS | $2.40 | |
| TOTAL DISBURSEMENTS | | $2.40 |
| BALANCE DUE THIS INVOICE | | $10,948.10 |
| TOTAL BALANCE DUE | | $10,948.10 |

Duane Morris
April 14, 2017
Page 2

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2293376

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/23/2017 | 07002 G PULEO | FACTUAL AND LEGAL RESEARCH REGARDING COMPLAINT; PREPARATION FOR AND ATTENDANCE AT TELEPHONE CONFERENCE WITH MR. KELLY AND MR. KOSTERS WITH MS. HOLLENBECK; REVIEW AND ANALYSIS OF DOCUMENTS SENT BY CLIENT. | 1.80 | $1,044.00 |
| 2/24/2017 | 03860 PP HOLLENBECK | EVALUATE NEW FILING (.30); TELEPHONE CALL WITH M. KELLY AND L. KOSTERS (.50); EVALUATE COMPLAINT AND PLEADINGS IN RELATED MATTERS FORWARDED BY L. KOSTERS (1.0); BRIEF UPDATE CORRESPONDENCE TO THE CLIENT (.40) | 2.20 | $1,395.90 |
| 2/24/2017 | 07002 G PULEO | (MOVE TO NEW NUMBER) TELEPHONE CONFERENCE WITH MR. KELLY AND MR. KOSTERS REGARDING STATUS; TELEPHONE CONFERENCE WITH MS. HOLLENBACK REGARDING SAME; RECEIVE, REVIEW AND RESPOND TO EMAIL CORRESPONDENCE REGARDING SAME. | 0.50 | $290.00 |
| 3/3/2017 | 03860 PP HOLLENBECK | EVALUATE PRIOR LITIGATION IN VIRGINIA AND REPORTED CASE LAW; ASSESS DOCKET IN THE NEW JERSEY MATTER; READ AND ASSESS PLEADINGS IN THE NEW JERSEY CASE; COMPARE SAN DIEGO COMPLAINT WITH PRIOR NEW JERSEY COMPLAINT; BRIEFLY ASSESS CLAIMS MADE AND EVALUATION AS TO SAME; PREPARE OVERALL EVALUATION AND RECOMMENDATION TO THE CLIENT | 2.90 | $1,840.05 |
| 3/8/2017 | 03860 PP HOLLENBECK | FOLLOW UP RESEARCH AS TO THE EXTENSIVE UNDERLYING LITIGATION AND INFORMATION IN SAME [redacted]; BRIEFLY EVALUATE CLIENT POSITION AS TO THE [redacted] ISSUE | 1.00 | $634.50 |
| 3/9/2017 | 03860 PP HOLLENBECK | COMPARE COMPLAINT LANGUAGE TO WRITTEN OPINION; CROSS REFERENCE PRIOR ALLEGATIONS AND COMPLAINT(S) WITH THE SAN DIEGO ACTION; RESEARCH DISTRICT JUDGE AND MAGISTRATE JUDGE ASSIGNED TO THIS MATTER; EVALUATE PARTICULARS OF THE CHANGE TO THE COMMISSION AGREEMENT; ASSESS TIMING OF OVERALL EVENTS AND CHANGE TO COMMISSION AGREEMENT | 0.90 | $571.05 |

Duane Morris
April 14, 2017
Page 3

File # G2717-00015 INVOICE# 2293376
CAMMARATA V. KELLY

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/20/2017 | 07002 G PULEO | FACTUAL AND LEGAL RESEARCH IN PREPARATION FOR CALL WITH MR. KELLY TO DISCUSS LITIGATION PLAN. | 0.40 | $232.00 |
| 3/21/2017 | 03860 PP HOLLENBECK | FURTHER EVALUATION OF COMPLAINT AND ALLEGATIONS; TELEPHONE CONFERENCE WITH CLIENT AND G. PULEO; TELEPHONE CALL TO PLAINTIFFS' COUNSEL; UPDATE CLIENT; FURTHER EXTENSIVE EVALUATION OF PRIOR CASE AND STATEMENTS MADE BY CAMMARATA IN THE UNDERLYING CASES; TELEPHONE CONFERENCE WITH [redacted] MINTZ LEVIN REGARDING BACKGROUND | 2.50 | $1,586.25 |
| 3/22/2017 | 03860 PP HOLLENBECK | MULTIPLE EMAILS TO CLIENT REGARDING BACKGROUND AND PRIOR CASE; TELEPHONE CONFERENCE WITH LAWYERS AT PRIOR FIRM IN THE UNDERLYING ACTION; TELEPHONE CONFERENCE WITH CLIENT [redacted] S; EVALUATE CAMMARATA DEPOSITION; UPDATE EVALUATION TO CLIENT; TELEPHONE CALL [redacted] FOLLOW UP WITH G. PULEO AS TO STATUS | 3.50 | $2,220.75 |
| 3/27/2017 | 03860 PP HOLLENBECK | FOLLOW UP ON STATUS AND UPDATE CLIENT | 0.20 | $126.90 |
| 3/29/2017 | 03860 PP HOLLENBECK | TELEPHONE CONFERENCE WITH COUNSEL IN THE UNDERLYING MATTER REGARDING BACKGROUND AS TO CAMMARATA | 0.40 | $253.80 |
| 3/30/2017 | 03860 PP HOLLENBECK | EMAIL FROM M. KELLY; PREPARE UPDATE TO SAME; BRIEF RESEARCH AS TO [redacted] | 1.00 | $634.50 |
| 3/30/2017 | 07002 G PULEO | RECEIVE, REVIEW AND RESPOND TO EMAIL CORRESPONDENCE REGARDING STATUS. | 0.20 | $116.00 |
| | | TOTAL SERVICES | 17.50 | $10,945.70 |

File # G2717-00015 INVOICE# 2293376
CAMMARATA V. KELLY

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 03/31/2017 | PACER FEDERAL DOCKET COSTS | | 2.40 |
| | | Total: | $2.40 |
| | | TOTAL DISBURSEMENTS | $2.40 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2293376

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 03860 | PP HOLLENBECK | PARTNER | 14.60 | 634.50 | $9,263.70 |
| 07002 | G PULEO | PARTNER | 2.90 | 580.00 | $1,682.00 |
| | | | 17.50 | | $10,945.70 |

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

May 11, 2017

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2303237 IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 04/30/2017 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $7,026.60 |
| DISBURSEMENTS | | |
| OVERTIME RELATED COSTS | $51.95 | |
| PACER FEDERAL DOCKET COSTS | $1.30 | |
| TOTAL DISBURSEMENTS | | $53.25 |
| BALANCE DUE THIS INVOICE | | $7,079.85 |
| TOTAL BALANCE DUE | | $7,079.85 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2303237

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/4/2017 | 03860 | PP HOLLENBECK | FOLLOW UP ON STATUS OF NEW JERSEY ACTION; TELEPHONE CALL TO PLAINTIFF'S COUNSEL; ASSESS [redacted]; FURTHER EVALUATION OF CLAIMS MADE AND POTENTIAL | 0.90 | $571.05 |
| 4/5/2017 | 07564 | E FAVRET | ASSESS RULES FOR SERVICE OF PROCESS IN FEDERAL COURT TO DETERMINE IF SERVICE ON DEFENDANT MICHAEL KELLY WAS PROPER (0.5); ASSESS S.D. CAL. LOCAL RULES REGARDING REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING (0.2) | 0.70 | $296.10 |
| 4/6/2017 | 03860 | PP HOLLENBECK | TELEPHONE CONFERENCE WITH PLAINTIFF'S ATTORNEY REGARDING RESPONSE TO THE COMPLAINT; FINALIZE JOINT MOTION TO EXTEND TIME TO RESPOND | 0.50 | $317.25 |
| 4/6/2017 | 07564 | E FAVRET | DRAFT JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING; DRAFT PROPOSED ORDER. | 0.80 | $338.40 |
| 4/10/2017 | 03860 | PP HOLLENBECK | TELEPHONE CALL (3X) WITH PLAINTIFF'S COUNSEL REGARDING JOINT MOTION TO RESPOND; FINALIZE AND FILE SAME | 0.80 | $507.60 |
| 4/14/2017 | 07002 | G PULEO | REVIEW AND ANALYSIS OF EMAIL CORRESPONDENCE REGARDING TELEPHONE CONFERENCE TO DISCUSS STATUS; FOLLOW UP REGARDING SAME. | 0.10 | $58.00 |
| 4/18/2017 | 03860 | PP HOLLENBECK | FOLLOW UP RESEARCH AS TO [redacted] AND RECOMMENDED COURSE OF ACTION AS TO [redacted] | 1.50 | $951.75 |
| 4/19/2017 | 03860 | PP HOLLENBECK | EMAILS FROM L. KOSTERS; FOLLOW UP WITH SAME; TELEPHONE CONFERENCE WITH L. KOSTERS AND M. KELLY; TELEPHONE CALL TO PLAINTIFF'S ATTORNEY; FOLLOW UP ON NEW JERSEY DOCKET; BRIEF RESEARCH AS TO [redacted] ANALYZE [redacted] | 1.50 | $951.75 |
| 4/19/2017 | 07002 | G PULEO | PREPARATION FOR AND ATTENDANCE AT CAMMARATA LITIGATION STATUS CALL. | 0.20 | $116.00 |
| 4/24/2017 | 03860 | PP HOLLENBECK | EXTENSIVE ASSESSMENT OF TESTIMONY IN CONNECTION WITH DISCUSSIONS WITH PLAINTIFF'S COUNSEL; TELEPHONE CALL TO SAME; | 2.10 | $1,332.45 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2303237

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | FOLLOW UP WITH L. KOSTERS | | |
| 4/27/2017 | 03860 | PP HOLLENBECK | EMAIL FROM L. KOSTERS REGARDING SETTLEMENT TO OPPOSING COUNSEL; FOLLOW UP TELEPHONE CALL TO D. LAWTON REGARDING SAME; FOLLOW UP ASSESSMENT OF DEPOSITION TESTIMONY AND OUTLINE OF SAME IN CONNECTION WITH DISCUSSIONS; ASSESS UPCOMING DEADLINES RELATED TO RESPONDING TO THE COMPLAINT; ANALYZE [redacted] | 2.50 | $1,586.25 |
| | | | TOTAL SERVICES | 11.60 | $7,026.60 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2303237

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 04/30/2017 | PACER FEDERAL DOCKET COSTS | | 1.30 |
| | | Total: | $1.30 |
| 04/30/2017 | OVERTIME RELATED COSTS | | 51.95 |
| | | Total: | $51.95 |
| | | TOTAL DISBURSEMENTS | $53.25 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2303237

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 03860 | PP HOLLENBECK | PARTNER | 9.80 | 634.50 | $6,218.10 |
| 07002 | G PULEO | PARTNER | 0.30 | 580.00 | $174.00 |
| 07564 | E FAVRET | ASSOCIATE | 1.50 | 423.00 | $634.50 |
| | | | 11.60 | | $7,026.60 |

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

June 19, 2017

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2315098 IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 05/31/2017 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $22,010.40 |
| DISBURSEMENTS | | |
| FILING FEES | $27.00 | |
| PACER FEDERAL DOCKET COSTS | $4.80 | |
| TOTAL DISBURSEMENTS | | $31.80 |
| BALANCE DUE THIS INVOICE | | $22,042.20 |
| TOTAL BALANCE DUE | | $22,042.20 |

Duane Morris
June 19, 2017
Page 2

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2315098

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 5/1/2017 | 03860 PP HOLLENBECK | EMAILS TO AND FROM L. KOSTERS REGARDING LLC INFORMATION; FURTHER EVALUATION OF [redacted] | 1.10 | $697.95 |
| 5/3/2017 | 03860 PP HOLLENBECK | FURTHER RESEARCH AS TO THE PROPRIETY OF [redacted] | 0.90 | $571.05 |
| 5/4/2017 | 04462 CL BAIRD | WORK ON RESPONSIVE PLEADING. | 0.40 | $207.00 |
| 5/5/2017 | 03860 PP HOLLENBECK | COMPARE ALLEGATIONS IN THE COMPLAINT TO THE REPORTED DECISIONS (.50); TELEPHONE CONFERENCE WITH D. LAWTON (.70); ASSESS SCOPE OF ALLEGATIONS AND POTENTIAL DISPOSITIVE MOTION (.30); RESEARCH TIMING OF SAME AND THE NEED FOR FURTHER DISCOVERY IN CONNECTION WITH SAME (.20) | 1.70 | $1,078.65 |
| 5/5/2017 | 07564 E FAVRET | STRATEGIZE RESPONSES TO ALLEGATIONS IN THE ANSWER TO THE COMPLAINT. | 0.50 | $211.50 |
| 5/6/2017 | 07564 E FAVRET | ASSESS COMPLAINT AND OTHER BACKGROUND DOCUMENTS TO PREPARE ANSWER TO COMPLAINT. | 0.40 | $169.20 |
| 5/7/2017 | 07564 E FAVRET | ANALYZE COMPLAINT TO PREPARE ANSWER TO SAME; RESEARCH PERMISSIBLE RESPONSES TO THE ALLEGATIONS IN THE ANSWER, AND REQUIREMENTS FOR PLEADING AFFIRMATIVE DEFENSES | 1.80 | $761.40 |
| 5/8/2017 | 07564 E FAVRET | ANALYZE ALLEGATIONS IN COMPLAINT AND STRATEGIZE RESPONSES TO SAME; DISCUSS RESPONSES WITH L. KOSTERS. | 0.60 | $253.80 |
| 5/9/2017 | 04462 CL BAIRD | ASSIST WITH PREPARING AND REFINING DRAFTS OF ANSWER; EVALUATE, STRATEGIZE, AND RESEARCH ISSUES OF [redacted] | 4.50 | $2,328.75 |
| 5/9/2017 | 07564 E FAVRET | EXTENSIVE WORK ON ANSWER TO PLAINTIFF'S COMPLAINT (INCLUDING PARAGRAPH BY PARAGRAPH RESPONSE TO ALLEGATIONS); CONFER WITH L. KOSTERS ABOUT UNDERLYING ALLEGATIONS AND RESPONSE TO CERTAIN ALLEGATIONS | 7.20 | $3,045.60 |

File # G2717-00015 INVOICE# 2315098
CAMMARATA V. KELLY

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 5/10/2017 | 03860 PP HOLLENBECK | FOLLOW UP WITH L. KOSTERS ON [redacted] TELEPHONE CALL FROM D. LAWTON (.80); ASSIST WITH FINALIZING ANSWER (.50); EVALUATE [redacted] RESEARCH (N/C); MULTIPLE EMAILS TO AND FROM L. KOSTERS (.40) | 2.10 | $1,332.45 |
| 5/10/2017 | 04462 CL BAIRD | WORK ON FINALIZING DRAFT OF ANSWER. | 0.40 | $207.00 |
| 5/10/2017 | 07564 E FAVRET | CONTINUE TO DRAFT AND EDIT EXTENSIVE ANSWER TO COMPLAINT; DRAFT AFFIRMATIVE DEFENSES IN ANSWER TO COMPLAINT | 5.90 | $2,495.70 |
| 5/10/2017 | 07564 E FAVRET | RESEARCH [redacted] FOR CLAIMS ASSERTING DECLARATORY RELIEF FOR AFFIRMATIVE DEFENSES IN THE ANSWER TO THE COMPLAINT (0.6); ANALYZE [redacted] TO INCLUDE AS AFFIRMATIVE DEFENSE IN ANSWER TO THE COMPLAINT (0.4). | 1.00 | $423.00 |
| 5/12/2017 | 03860 PP HOLLENBECK | CORRESPONDENCE FROM D. LAWTON | 0.40 | $253.80 |
| 5/12/2017 | 03860 PP HOLLENBECK | EMAILS TO L. KOSTERS; TELEPHONE CALL FROM D. LAWTON | 0.30 | $190.35 |
| 5/15/2017 | 03860 PP HOLLENBECK | EVALUATE SETTLEMENT DEMAND FROM D. LAWTON (.20); TELEPHONE CONFERENCE WITH SAME AS TO DEFENSES AND STATUTE OF LIMITATIONS DEFENSE (.40); FORWARD CORRESPONDENCE TO CLIENT (.10) | 0.70 | $444.15 |
| 5/16/2017 | 03860 PP HOLLENBECK | MULTIPLE EMAILS TO AND FROM D. LAWTON REGARDING SCHEDULING OF THE EARLY NEUTRAL EVALUATION CONFERENCE (ENE) (50); FOLLOW UP WITH CLIENT (.30); FURTHER DISCUSSION AS TO THE SETTLEMENT DEMAND (.50); PREPARE JOINT STIPULATION TO CONTINUE THE ENE (.40) | 1.70 | $1,078.65 |
| 5/18/2017 | 03860 PP HOLLENBECK | EMAILS TO AND FROM L. KOSTERS (.20); FOLLOW UP WITH COURT REGARDNG CONTINUANCE (.20) | 0.40 | $253.80 |
| 5/18/2017 | 07564 E FAVRET | CORRESPOND WITH PLAINTIFF'S COUNSEL AND L. KOSTERS REGARDING RESCHEDULING OF ENE CONFERENCE (0.2); DRAFT JOINT STIPULATION TO CONTINUE ENE (0.2). | 0.40 | $169.20 |
| 5/19/2017 | 07564 E FAVRET | ASSESS PLAINTIFF'S EDITS TO JOINT | 0.30 | $126.90 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2315098

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | STIPULATION TO CONTINUE ENE CONFERENCE; PREPARE SAME FOR FILING. | | |
| 5/22/2017 | 03860 PP HOLLENBECK | EMAIL FROM L. KOSTERS REGARDING CONTINUING THE ENE / DATES OF AVAILABILITY (.10); TELEPHONE CONFERENCE WITH PLAINTIFFS' COUNSEL (.30); FOLLOW UP RESEARCH AS TO CLAIMS AND UPCOMING RULE 26 CONFERENCE (.30) | 0.70 | $444.15 |
| 5/23/2017 | 03860 PP HOLLENBECK | ANALYZE COMPLAINT LANGUAGE AND POTENTIAL GROUNDS FOR [redacted] RULE 26 (F) CONFERENCE; EMAIL FROM D. LAWTON; TELEPHONE CONFERENCE WITH SAME REGARDING MEET AND CONFER (1.5 OF 1.9 BILLED) | 1.90 | $1,205.55 |
| 5/24/2017 | 03860 PP HOLLENBECK | CORRESPONDENCE FROM D. LAWTON (.10); ASSESS JOINT REPORT AND BEGIN WORK ON SAME (.40); ANALYZE CAUSES OF ACTION AND SETTLEMENT DEMAND IN CONNECTION WITH UPCOMING CONFERENCE (.30); TELEPHONE CALL FROM D. LAWTON [redacted] FOLLOW UP REGARDING TELEPHONIC CONFERENCE TOMORROW (.10); CORRESPONDENCE FROM COURT AS TO THE RESCHEDULED ENE CONFERENCE (.10); FOLLOW UP WITH CLIENT (.10) | 1.10 | $697.95 |
| 5/25/2017 | 03860 PP HOLLENBECK | CORRESPONDENCE FROM L. KOSTERS; TELEPHONE CALL FROM D. LAWTON | 0.40 | $253.80 |
| 5/26/2017 | 03860 PP HOLLENBECK | TELEPHONIC MEET AND CONFER AS TO THE RULE 26(F) REPORT (.80); WORK ON PREPARATION OF SAME (.50); ASSESS [redacted] (.40); ASSESS [redacted] (.20) | 1.90 | $1,205.55 |
| 5/26/2017 | 07564 E FAVRET | EVALUATE FEDERAL RULES, COURT LOCAL RULES, AND THE JUDGE'S RULES TO PREPARE FOR RULE 26(F) CONFERENCE WITH PLAINTIFF'S COUNSEL; MEET AND CONFER WITH PLAINTIFF'S COUNSEL REGARDING JOINT DISCOVERY PLAN | 0.90 | $380.70 |
| 5/30/2017 | 03860 PP HOLLENBECK | WORK ON JOINT REPORT TO THE COURT | 1.40 | $888.30 |
| 5/31/2017 | 03860 PP HOLLENBECK | EVALUATE MOTION TO STRIKE AFFIRMATIVE DEFENSES FILED BY D. | 1.00 | $634.50 |

File # G2717-00015 INVOICE# 2315098
CAMMARATA V. KELLY

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | LAWTON (.50); ASSESS POTENTIAL RESPONSE TO SAME (.30); EMAIL TO CLIENT (.20) | | |
| | | TOTAL SERVICES | 42.00 | $22,010.40 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2315098

| DATE | DISBURSEMENTS | AMOUNT |
| --- | --- | --- |
| 05/31/2017 | PACER FEDERAL DOCKET COSTS | 4.80 |
| | Total: | $4.80 |
| 05/09/2017 | FILING FEES FILING FEES AND RELATED ON 05/09/17 - COURTNEY L. BAIRD - REQUEST COPIES OF COURT DOCUMENTS FROM COURT WEBSITE | 27.00 |
| | Total: | $27.00 |
| | TOTAL DISBURSEMENTS | $31.80 |

File # G2717-00015 INVOICE# 2315098
CAMMARATA V. KELLY

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 03860 | PP HOLLENBECK | PARTNER | 17.70 | 634.50 | $11,230.65 |
| 04462 | CL BAIRD | PARTNER | 5.30 | 517.50 | $2,742.75 |
| 07564 | E FAVRET | ASSOCIATE | 19.00 | 423.00 | $8,037.00 |
| | | | 42.00 | | $22,010.40 |

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

July 24, 2017

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2322598 IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 06/30/2017 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $45,183.10 |
| DISBURSEMENTS | | |
| PACER FEDERAL DOCKET COSTS | $24.00 | |
| PRINTING & DUPLICATING | $105.65 | |
| TOTAL DISBURSEMENTS | | $129.65 |
| BALANCE DUE THIS INVOICE | | $45,312.75 |
| TOTAL BALANCE DUE | | $45,312.75 |

File # G2717-00015 INVOICE# 2322598
CAMMARATA V. KELLY

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/1/2017 | 03860 | PP HOLLENBECK | ANALYZE MOTION TO STRIKE (.50); ANALYZE POTENTIAL RESPONSE TO SAME (.20); TELEPHONE CALL TO D. LAWTON REGARDING UPCOMING DEADLINES AND PLEADINGS ISSUES (.30); WORK ON INITIAL DISCLOSURES FOR THE DISTRICT COURT (1.00); TELEPHONE CALL FROM D. LAWTON AS TO CONTINUANCE OF DISCLOSURE MEET AND CONFER AND TIMING FOR SUBMISSION OF REPORTS AND BRIEFS TO THE COURT, AS PER THE CASE MANAGEMENT ORDER (.20) | 2.20 | $1,395.90 |
| 6/1/2017 | 04462 | CL BAIRD | PREPARE COMMUNICATIONS RE: LEGAL STANDARD AND OUTLINE FOR OPPOSITION TO MOTION TO STRIKE ANSWER | 0.50 | $258.75 |
| 6/1/2017 | 07002 | G PULEO | FOLLOW UP REGARDING STATUS. | 0.10 | $58.00 |
| 6/1/2017 | 07564 | E FAVRET | ASSESS REQUIREMENTS FOR RULE 26(A)(1) INITIAL DISCLOSURES, INCLUDING FEDERAL RULES AND LOCAL CHAMBERS REQUIREMENTS (.40); CORRESPOND WITH PLAINTIFF'S COUNSEL REGARDING SAME (.30). | 0.70 | $296.10 |
| 6/2/2017 | 03860 | PP HOLLENBECK | CORRESPONDENCE TO L. KOSTERS REGARDING FACTUAL INFORMATION AND FOLLOW UP ON MOTION TO STRIKE (.50); TELEPHONE CONFERENCE WITH L. KOSTERS AND M. KELLY REGARDING CASE STATUS, UPCOMING [redacted] (.50); FOLLOW UP WORK ON JOINT REPORT TO THE COURT (.70) | 1.70 | $1,078.65 |
| 6/2/2017 | 07002 | G PULEO | FOLLOW UP REGARDING STATUS. | 0.10 | $58.00 |
| 6/2/2017 | 07564 | E FAVRET | CORRESPOND WITH L. KOSTERS REGARDING [redacted] MOTION TO STRIKE ANSWER, AND CASE STRATEGY (0.3); PHONE CALL WITH L. KOSTERS AND M. KELLY REGARDING SAME (0.7); STRATEGIZE [redacted], INCLUDING UPCOMING HEARING, POTENTIAL MOTIONS, AND DISCLOSURES (0.5); RESEARCH STANDARD FOR FILING A MOTION FOR JUDGMENT ON THE PLEADINGS (0.3). | 1.80 | $761.40 |
| 6/5/2017 | 07343 | JE SUMMERS | RESEARCH [redacted] | 0.80 | $240.00 |
| 6/5/2017 | 07564 | E FAVRET | ASSESS[redacted] CORPORATE RECORDS | 0.30 | $126.90 |

Duane Morris
July 24, 2017
Page 3

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2322598

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | REGARDING [redacted]ND [redacted] TO DETERMINE IF THE PLAINTIFF HAS STANDING TO BRING THE LAWSUIT. | | |
| 6/6/2017 | 07343 | JE SUMMERS | ANALYZE NEW JERSEY BUSINESS ENTITY SEARCH RESULTS FOR CAMMARATA ASSOCIATES. | 0.20 | $60.00 |
| 6/6/2017 | 07564 | E FAVRET | ANALYZE CASE AUTHORITY CITED IN PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES | 0.40 | $169.20 |
| 6/7/2017 | 03860 | PP HOLLENBECK | BRIEF FOLLOW UP REGARDING RULE 26 DISCLOSURES | 0.20 | $126.90 |
| 6/7/2017 | 07564 | E FAVRET | CORRESPOND WITH L. KOSTERS REGARDING RULE 26 INITIAL DISCLOSURES. | 0.10 | $42.30 |
| 6/7/2017 | 07096 | KH BRACEY | ORDER COPIES OF NEW JERSEY CHARTER DOCUMENTS [redacted]II [redacted]TA [redacted]; RECEIVE AND REVIEW RESULTS | 0.70 | $189.00 |
| 6/8/2017 | 03860 | PP HOLLENBECK | CORRESPONDENCE FROM L. KOSTERS (.10); WORK ON JOINT REPORT (.50); TELEPHONE CALL TO [redacted] AT DENTONS (.50); TELEPHONE CALL TO [redacted]MINTZ REGARDING UNDERLYING TRIAL (.50); RESEARCH LOCATION OF TRIAL DOCUMENTS AND EMAILS TO USE FOR THE UPCOMING ENE AS WELL AS FOR DISCOVERY (.70) | 2.30 | $1,459.35 |
| 6/8/2017 | 07343 | JE SUMMERS | RESEARCH [redacted] | 0.40 | $120.00 |
| 6/8/2017 | 07564 | E FAVRET | EVALUATE RESEARCH REGARDING THE [redacted]ON (0:3); PHONE CALL WITH L. KOSTERS REGARDING RULE 26 INITIAL DISCLOSURES (0.2); STRATEGIZE PREPARATION OF INITIAL DISCLOSURES ON BEHALF OF M. KELLY AND KELLY CAPITAL (.6). | 2.10 | $888.30 |
| 6/9/2017 | 03860 | PP HOLLENBECK | ANALYZE CAMMARATA DEPOSITION IN CONNECTION WITH DEFENSE (1.0); EMAILS FROM L. KOSTERS AS TO THE JOINT REPORT AND DISCOVERY PLAN, AS WELL AS FOLLOW UP WITH MINTZ REGARDING THE UNDERLYING TOBACCO ESCROW LITIGATION (.20); FURTHER TELEPHONE CONFERENCE WITH D. BARMAK AT MINTZ REGARDING DOCUMENTS (.30); ANALYZE COUNTERCLAIM ISSUES, | 2.70 | $1,713.15 |

File # G2717-00015 INVOICE# 2322598
CAMMARATA V. KELLY

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | AND WHETHER FEES CAN BE PURSUED BEFORE JUDGMENT (.50); FOLLOW UP AS TO [redacted] RESEARCH AS TO [redacted] (.30); FINALIZE DISCLOSURES (.40) | | |
| 6/9/2017 | 07002 | G PULEO | FOLLOW UP REGARDING RULE 26 INITIAL DISCLOSURES. | 0.20 | $116.00 |
| 6/9/2017 | 07564 | E FAVRET | WORK ON RULE 26 INITIAL DISCLOSURES (0.5); PHONE CALL WITH L. KOSTERS REGARDING SAME (0.3); ASSESS F. CAMMARATA DEPOSITION TRANSCRIPT TO IDENTIFY OTHER POTENTIAL WITNESSES AND DOCUMENTS TO INCLUDE IN THE INITIAL DISCLOSURES (1.4). | 2.20 | $930.60 |
| 6/9/2017 | 07564 | E FAVRET | EVALUATE NEW JERSEY COURT ORDER REGARDING ATTORNEY FEES (.50); ASSESS FEDERAL COURT PROCEDURES AND AUTHORITY FOR COLLECTING ATTORNEY FEES FROM NEW JERSEY CASE IN THIS ACTION (1.10) | 1.60 | $676.80 |
| 6/9/2017 | 07564 | E FAVRET | PHONE CALL WITH DENTONS REGARDING DOCUMENTS OBTAINED DURING DISCOVERY IN THE N.J. ACTION (0.2); PHONE CALL WITH MINTZ LEVIN REGARDING DOCUMENTS OBTAINED IN DISCOVERY DURING THE VIRGINIA ACTION (0.3). | 0.50 | $211.50 |
| 6/12/2017 | 03860 | PP HOLLENBECK | FOLLOW UP RESEARCH AS TO [redacted] (.20); CORRESPONDENCE FROM D. BARMAK (.30); RESEARCH AS TO THE SCOPE OF EMAILS PROVIDED AND DETERMINE ADDITIONAL INFORMATION NEEDED (1.0); FOLLOW UP ANALYSIS OF ATTORNEYS FEES COLLECTION ISSUE IN THE SAN DIEGO CASE (.20) | 1.70 | $1,078.65 |
| 6/12/2017 | 07564 | E FAVRET | RESEARCH AND STRATEGIZE [redacted] | 1.40 | $592.20 |
| 6/12/2017 | 07096 | KH BRACEY | RECEIVE AND PROCESS NEW JERSEY CHARTER DOCUMENTS FOR MHP TWO CORPORATION | 0.30 | $81.00 |
| 6/13/2017 | 03860 | PP HOLLENBECK | ANALYZE PLAINTIFF'S INITIAL DISCLOSURES PER RULE 26(A)(1) (.40 [redacted]); OUTLINE SCOPE OF ENE BRIEF (.70); FOLLOW UP ON DATABASE MANAGEMENT, REVIEW, AND | 1.50 | $951.75 |

File # G2717-00015 INVOICE# 2322598
CAMMARATA V. KELLY

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | CATEGORIZATION OF ALL EMAILS FROM THE UNDERLYING TOBACCO ESCROW LITIGATION (.40) | | |
| 6/13/2017 | 07564 | E FAVRET | EVALUATE PLAINTIFF'S RULE 26(A)(1) INITIAL DISCLOSURES. | 0.40 | $169.20 |
| 6/13/2017 | 07024 | SM ROBINSON | CONFER WITH EDISCOVERY VENDOR REGARDING FORMATTING OF EXPORT AND TRANSFER OF DATA. | 0.20 | $60.00 |
| 6/14/2017 | 04443 | GE BAYLEY | RECEIPT AND RESPOND TO EMAILS REGARDING RELATIVITY DATABASE FOR EXTENSIVE EMAILS PROVIDED BY MINTZ AS TO THE UNDERLYING TOBACCO ESCROW LITIGATION (.2); FOLLOW UP REGARDING STATUS OF COMPLETE PRODUCTION OF DOCUMENTS (.2) | 0.40 | $138.00 |
| 6/16/2017 | 03860 | PP HOLLENBECK | ANALYZE EMAILS FROM MINTZ LEVIN | 0.70 | $444.15 |
| 6/16/2017 | 07024 | SM ROBINSON | CONFER WITH COUNSEL REGARDING LOAD FILES SPECIFICATIONS. DOWNLOAD THREE PRODUCTION, REFORMAT AND CREATE NEEDED LOADED FILES FOR RELATIVITY COMPATIBILITY. CREATE, SETUP AND LOAD NEW RELATIVITY DATABASE. ASSIGN USERS AND USER PERMISSIONS. | 1.80 | $540.00 |
| 6/19/2017 | 03860 | PP HOLLENBECK | ASSIST WITH OUTLINE OF KEY POINTS AND ARGUMENTS FOR THE ENE BRIEF (.70); ASSESS STATUS OF DRAFT DISCOVERY PLAN FROM D. LAWTON (NO CHARGE); ASSESS MOTION TO STRIKE AFFIRMATIVE DEFENSES AND SUGGESTED RESOLUTION (.20); EMAIL FROM D. LAWTON (PLAINTIFF'S COUNSEL) (.10); WORK ON JOINT DISCOVERY PLAN (.70); EVALUATE A POTENTIAL COUNTERCLAIM FOR FEES (.20) | 2.10 | $1,332.45 |
| 6/19/2017 | 07002 | G PULEO | FOLLOW UP REGARDING STATUS OF CASE AND OPEN ISSUES; MEETING WITH P. HOLLENBECK REGARDING SAME. | 0.10 | $58.00 |
| 6/19/2017 | 07564 | E FAVRET | ASSESS DOCUMENTS PRODUCED IN VIRGINIA ACTION TO DETERMINE WHICH ARE RELEVANT TO THIS CASE FOR PREPARATION FOR THE ENE CONFERENCE (3.1); STRATEGIZE ARGUMENTS FOR ENE STATEMENT (0.3). | 3.40 | $1,438.20 |
| 6/20/2017 | 03860 | PP HOLLENBECK | ANALYZE JOINT DISCOVERY PLAN FROM D. LAWTON (.30); ANALYZE | 0.70 | $444.15 |

Duane Morris
July 24, 2017
Page 6

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2322598

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | [redacted] RESEARCH (.40) | | |
| 6/20/2017 | 07002 | G PULEO | FOLLOW UP REGARDING STATUS OF CASE AND OPEN ISSUES; RECEIVE, REVIEW AND RESPOND TO EMAIL CORRESPONDENCE REGARDING SAME. | 0.20 | $116.00 |
| 6/20/2017 | 07343 | JE SUMMERS | RESEARCH ISSUES REGARDING [redacted] (.60); RESEARCH [redacted] (.80) | 1.40 | $420.00 |
| 6/20/2017 | 07564 | E FAVRET | CONDUCT RESEARCH TO INCLUDE IN THE ENE STATEMENT, INCLUDING AUTHORITY REGARDING [redacted] CLAIMS (4.3 LESS 1.0 CLIENT COURTESY DISCOUNT); DRAFT ENE STATEMENT (1.8). | 6.10 | $2,580.30 |
| 6/21/2017 | 03860 | PP HOLLENBECK | ANALYZE RESEARCH AS TO THE COMPLAINT ALLEGATIONS | 0.50 | $317.25 |
| 6/21/2017 | 07564 | E FAVRET | CONTINUE TO WORK ON PREPARATION OF ENE STATEMENT | 3.30 | $1,395.90 |
| 6/21/2017 | 07564 | E FAVRET | CORRESPOND WITH D. LAWTON REGARDING PLAINTIFF'S DRAFT JOINT DISCOVERY PLAN | 0.30 | $126.90 |
| 6/22/2017 | 03860 | PP HOLLENBECK | FINALIZE ENE STATEMENT AND JOINT DISCOVERY PLAN (2.5); EMAILS FROM D. LAWTON AS TO SAME (.10); FOLLOW UP WITH CLIENT; TELEPHONE CONFERENCE WITH CLIENT (.30); FINALIZE DOCUMENTS (.80) | 3.70 | $2,347.65 |
| 6/22/2017 | 07564 | E FAVRET | EDIT PLAINTIFF'S DRAFT JOINT DISCOVERY PLAN AND PREPARE FOR FILING WITH THE COURT (1.5); CORRESPOND WITH D. LAWTON REGARDING SAME (.30) | 1.80 | $761.40 |
| 6/22/2017 | 07564 | E FAVRET | EVALUATE AND EDIT ENE STATEMENT (1.5); PHONE CALL WITH M. KELLY AND L. KOSTERS REGARDING SAME (0.5); TELEPHONE CALL WITH D. LAWTON REGARDING FINAL DOCUMENTS AND FILING SAME (0.2); TELEPHONE CALL TO COURT REGARDING JOINT MOTION IN LIEU OF STIPULATION AND CHAMBERS RULES AS TO SAME (0.3) | 2.50 | $1,057.50 |

File # G2717-00015 INVOICE# 2322598
CAMMARATA V. KELLY

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/26/2017 | 03860 PP HOLLENBECK | EMAILS TO AND FROM PLAINTIFF'S COUNSEL REGARDING MOTION TO STRIKE AFFIRMATIVE DEFENSES AND RESOLUTION OF SAME, INCLUDING SUBMISSION OF JOINT MOTION TO EXTEND TIME (.70); WORK ON PROPOSED EXTENSION OF TIME TO RESPOND TO MOTION TO STRIKE AFFIRMATIVE DEFENSES (.40); EVALUATE JOINT MOTION FROM D. LAWTON AND SUPPLEMENT SAME (.30); REVIEW ASSET SEARCH FOR F. CAMMARATA, AND PREPARE EMAIL TO CLIENT REGARDING SAME (.30); ANALYZE ATTORNEYS' FEES CLAIMS IN ADVANCE OF THE ENE (.50) | 2.20 | $1,395.90 |
| 6/26/2017 | 07564 E FAVRET | CORRESPOND WITH PLAINTIFF'S COUNSEL REGARDING WITHDRAWAL OF MOTION TO STRIKE AFFIRMATIVE DEFENSE AND CONTINUATION OF HEARING UNTIL AFTER THE ENE (0.4); ASSESS COURT LOCAL RULES REGARDING A MOTION TO AMEND ANSWER (0.1); ASSESS DRAFT JOINT MOTION AND PROPOSED ORDER TO CONTINUE HEARING ON MOTION STRIKE (0.2). | 0.90 | $380.70 |
| 6/26/2017 | 07564 E FAVRET | ASSESS [redacted] | 0.20 | $84.60 |
| 6/27/2017 | 03860 PP HOLLENBECK | ASSESS AND REVIEW EXTENSIVE EMAILS OF JOHN KELLY AND FRANK CAMMARATA PRODUCED IN THE UNDERLYING TOBACCO ESCROW LITIGATION PROVIDED BY MINTZ LEVIN (1.9); FOLLOW UP WITH L. KOSTERS AS TO DOCUMENTS NEEDED (.20); EVALUATE DOCUMENTS [redacted] (.70); BEGIN ANALYSIS OF EXTENSIVE EMAILS FROM PRIYA REDDY'S ACCOUNT (.50); EMAIL TO L. KOSTERS REGARDING [redacted] REFERENCED IN THE EMAILS (.10) | 3.30 | $2,093.85 |
| 6/27/2017 | 07564 E FAVRET | EVALUATE SELECT PERTINENT EMAILS OF PRIYA REDDY AND FRANK CAMMARATA IN PREPARATION FOR ENE (.50); STRATEGIZE REGARDING ARGUMENTS TO MAKE DURING THE ENE INCLUDING POTENTIAL LEGAL ARGUMENTS AND FACTUAL DEFENSES | 1.20 | $507.60 |

File # G2717-00015 INVOICE# 2322598
CAMMARATA V. KELLY

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | (.70) | | |
| 6/27/2017 | 04443 GE BAYLEY | ASSIST WITH FILTERING EXTENSIVE DOCUMENT PRODUCTION BY MINTZ LEVIN TO LOCATE EMAILS TO AND FROM JOHN KELLY, FRANK CAMMARATA AND PRIYA REDDY (.2); TELEPHONE CONFERENCE WITH PRACTICE SUPPORT REGARDING EMAIL FILTERING AND SORTING IN CHRONOLOGICAL ORDER (.2); RECEIPT AND RESPOND TO EMAILS REGARDING SAVED SEARCHES FOR JOHN KELLY, FRANK CAMMARATA AND PRIYA REDDY (.3); PREPARE AND ORGANIZE WORKING COPIES OF SELECTED EMAILS FOR ATTORNEY'S REVIEW (.4); PREPARE UPDATED WORKING FILES WITH SAVED EMAIL SEARCHES (.3) | 1.40 | $483.00 |
| 6/27/2017 | 07024 SM ROBINSON | RELATIVITY DOCUMENT SEARCHES FOR LEGAL TEAM. EXPORT DOCUMENTS FOR THREE CUSTODIANS AND CONVERT TO PDF. | 0.40 | $120.00 |
| 6/28/2017 | 03860 PP HOLLENBECK | CONTINUED ANALYSIS OF EXTENSIVE EMAILS FROM P. REDDY AND ADDITIONAL DOCUMENTS RELATED TO [redacted] DOCUMENTS BETWEEN KELLY CAPITAL AND CAMMARATA, TOBACCO ESCROWS, AND OTHER DOCUMENTATION (4.5 [redacted] FOLLOW UP WITH L. KOSTERS AS TO SAME (.30); OUTLINE CLAIMS BY CAMMARATA AND DEFENSE TO SAME (1.0); FINALIZE STATUTE OF LIMITATIONS DEFENSE ARGUMENT IN CONNECTION WITH F. CAMMARATA'S TESTIMONY IN THE UNDERLYING CASE IN 2011 (.40) | 3.70 | $2,347.65 |
| 6/28/2017 | 07564 E FAVRET | PREPARE FOR ENE CONFERENCE, INCLUDING: ASSESS THE JOINT VENTURE AGREEMENT, MEMORANDUM OF UNDERSTANDING, AND COMPENSATION AGREEMENT [redacted] (.90); AND EVALUATE RELEVANT EMAILS REGARDING CAMMARATA'S COMMISSION AGREEMENT AND AMENDMENT (.80) | 1.70 | $719.10 |
| 6/29/2017 | 03860 PP HOLLENBECK | PREPARE FOR ENE CONFERENCE (.50); MEETING WITH CLIENT (.50); ATTEND ENE CONFERENCE (3.0, [redacted] | 5.90 | $3,743.55 |

File # G2717-00015 INVOICE# 2322598
CAMMARATA V. KELLY

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | [redacted]; FOLLOW UP ANALYSIS OF "TRANSFER" ISSUE INCLUDING DETAILED COMPARISON OF COMPLAINT ALLEGATIONS AND THE COMMISSION AGREEMENT AND AMENDMENT (1.8); EMAILS FROM AND TO CLIENT (.10); WORK ON BUDGET AND STAFFING ANALYSIS (.80) | | |
| 6/29/2017 | 07564 | E FAVRET | PREPARE FOR AN ATTEND ENE CONFERENCE (COURTESY DISCOUNT AS P. HOLLENBECK ALSO ATTENDED) | 3.30 | $1,395.90 |
| 6/29/2017 | 07564 | E FAVRET | STRATEGIZE REGARDING NEXT STEPS IN THE CASE, INCLUDING: DRAFTING LETTER TO PLAINTIFF'S COUNSEL REGARDING CURRENT OWNERSHIP STATUS OF ESCROW RELEASES, HOW TO PREVAIL ON EACH OF PLAINTIFF'S 10 CAUSES OF ACTION ON A MOTION FOR SUMMARY JUDGMENT, [redacted] | 3.40 | $1,438.20 |
| 6/30/2017 | 03860 | PP HOLLENBECK | REVIEW ORDER GRANTING JOINT MOTION TO KICK OVER THE HEARING ON THE MOTION TO STRIKE AFFIRMATIVE DEFENSES (NO CHARGE); ANALYZE POTENTIAL COUNTERCLAIM FOR FEES (1.3); ASSESS CASE PLAN AND PREPARE REPORT AS TO SAME (1.5); CORRESPONDENCE FROM D. LAWTON (.30); OUTLINE RESPONSE TO D. LAWTON AS TO AMENDMENT ISSUE (.70) | 3.80 | $2,411.10 |
| 6/30/2017 | 07564 | E FAVRET | ANALYZE PLAINTIFF'S CLAIMS AND THE PROBABILITY OF SUCCESS ON A MOTION FOR SUMMARY JUDGMENT (1.50); STRATEGIZE REGARDING [redacted] | 1.50 | $634.50 |
| | | | TOTAL SERVICES | 89.20 | $45,183.10 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2322598

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 06/30/2017 | PACER FEDERAL DOCKET COSTS | | 24.00 |
| | | Total: | $24.00 |
| 06/30/2017 | PRINTING & DUPLICATING | | 105.65 |
| | | Total: | $105.65 |
| | TOTAL DISBURSEMENTS | | $129.65 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2322598

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 03860 | PP HOLLENBECK | PARTNER | 38.90 | 634.50 | $24,682.05 |
| 07002 | G PULEO | PARTNER | 0.70 | 580.00 | $406.00 |
| 04462 | CL BAIRD | PARTNER | 0.50 | 517.50 | $258.75 |
| 07564 | E FAVRET | ASSOCIATE | 41.10 | 423.00 | $17,385.30 |
| 07343 | JE SUMMERS | ASSOCIATE | 2.80 | 300.00 | $840.00 |
| 04443 | GE BAYLEY | PARALEGAL | 1.80 | 345.00 | $621.00 |
| 07096 | KH BRACEY | PARALEGAL | 1.00 | 270.00 | $270.00 |
| 07024 | SM ROBINSON | E-DISCOVERY PM | 2.40 | 300.00 | $720.00 |
| | | | 89.20 | | $45,183.10 |

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

August 02, 2017

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2327869 IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 07/31/2017 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $19,029.50 |
| DISBURSEMENTS | | |
| MESSENGER SERVICE | $50.51 | |
| RECORDS RESEARCH | $246.40 | |
| TOTAL DISBURSEMENTS | | $296.91 |
| BALANCE DUE THIS INVOICE | | $19,326.41 |
| TOTAL BALANCE DUE | | $19,326.41 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2327869

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/5/2017 | 03860 | PP HOLLENBECK | CORRESPONDENCE FROM D. LAWTON REGARDING COURT ORDERED TELEPHONE CONFERENCE (.10); TELEPHONE CALL TO L. KOSTERS REGARDING HEARING AND EXPECTED TOPICS (.20); PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH COURT (MAGISTRATE JUDGE) AND OPPOSING COUNSEL (1.4); EVALUATE COMMENTS FROM ENE CONFERENCE AND WORK ON PREPARATION OF DOCUMENTS FOR CAMMARATA'S COUNSEL REGARDING "TRANSFER" ISSUES (1.0) | 2.70 | $1,713.15 |
| 7/5/2017 | 07002 | G PULEO | FOLLOW UP REGARDING TELEPHONIC STATUS CONFERENCE. | 0.10 | $58.00 |
| 7/5/2017 | 07343 | JE SUMMERS | ASSESS [redacted] | 0.30 | $90.00 |
| 7/5/2017 | 07564 | E FAVRET | CONFERENCE CALL WITH JUDGE SCHOPLER REGARDING CONTINUATION OF EARLY NEUTRAL EVALUATION CONFERENCE (0.4); STRATEGIZE REGARDING PROVIDING REQUESTED INFORMATION TO PLAINTIFF (0.2). | 0.60 | $253.80 |
| 7/6/2017 | 03860 | PP HOLLENBECK | FOLLOW UP ON DOCUMENTS NEEDED FOR LETTER TO PLAINTIFF'S COUNSEL (.30); CONTINUE TO EVALUATE EMAILS AND ASSESS ADDITIONAL DOCUMENTS NEEDED FROM MINTZ LEVIN (.80); OUTLINE POSITION STATEMENT FOR PLAINTIFF'S COUNSEL (.30) | 1.40 | $888.30 |
| 7/7/2017 | 03860 | PP HOLLENBECK | WORK ON PREPARATION OF INFORMATION AND DOCUMENTS FOR OPPOSING COUNSEL (1.0); TELEPHONE CONFERENCE WITH SAME AS TO STATUS AND DISCOVERY (.30) | 1.50 | $951.75 |
| 7/9/2017 | 07564 | E FAVRET | DRAFT AFFIRMATIVE DEFENSES IN AMENDED ANSWER TO COMPLAINT. | 2.20 | $930.60 |
| 7/10/2017 | 03860 | PP HOLLENBECK | EVALUATE AND SUPPLEMENT AMENDED ANSWER (IN LIEU OF RESPONDING TO PLAINTIFF'S MOTION TO STRIKE) (.50); FOLLOW UP CORRESPONDENCE TO D. LAWTON REGARDING THE JOINT MOTION TO THE COURT (.20); MULTIPLE EMAILS FROM D. LAWTON REGARDING DETAILS OF THE JOINT MOTION TO FILE AMENDED ANSWER, THE PROPOSED ORDER, AND THE AMENDED ANSWER (.80); FURTHER SUPPLEMENT SUBMISSION (.90; [redacted] | 2.60 | $1,649.70 |

Duane Morris
August 02, 2017
Page 3

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2327869

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | [redacted] PREPARE DETAILED EVALUATION TO L. KOSTERS REGARDING DOCUMENTS SUPPORTING THE CLAIM OF "NO TRANSFER" OF THE ESCROW RELEASES (1.1); RESPONSE FROM L. KOSTERS | | |
| 7/10/2017 | 07002 G PULEO | FOLLOW UP REGARDING JOINT MOTION TO AMEND AFFIRMATIVE DEFENSES AND AMENDED PLEADING. | 0.10 | $58.00 |
| 7/10/2017 | 07564 E FAVRET | CONTINUE TO DRAFT AMENDED ANSWER TO AMEND AFFIRMATIVE DEFENSES (1.6); DRAFT JOINT MOTION TO GRANT LEAVE TO DEFENDANTS TO FILE AMENDED ANSWER (0.6); DRAFT PROPOSED ORDER GRANTING JOINT MOTION (0.3); CORRESPONDENCE WITH PLAINTIFF'S COUNSEL REGARDING SAME (0.3); DRAFT NOTICE OF FILING OF AMENDED ANSWER IN LIEU OF FILING OPPOSITION TO MOTION TO STRIKE AFFIRMATIVE DEFENSES (0.5). | 5.30 | $2,241.90 |
| 7/13/2017 | 03860 PP HOLLENBECK | CORRESPONDENCE FROM L. KOSTERS REGARDING PROPOSED LETTER FOR D. HART (.20); RESPOND TO SAME (.20); EVALUATE PERTINENT DOCUMENTS FROM CLIENT AS TO THE BUSINESS RELATIONSHIP BETWEEN KELLY CAPITAL AND THE HARTS, AND PREPARE PROPOSED TEMPLATE LETTER FOR D. HART (1.8) | 2.20 | $1,395.90 |
| 7/13/2017 | 07564 E FAVRET | ASSESS DRAFT CORRESPONDENCE FROM D. HART REGARDING ESCROW RELEASE OWNERSHIP TO SUBMIT TO CAMMARATA'S COUNSEL. | 0.40 | $169.20 |
| 7/17/2017 | 03860 PP HOLLENBECK | EVALUATE ORDER GRANTING JOINT MOTION AND AMENDED ANSWER FILED WITH THE DISTRICT COURT (NO CHARGE); FOLLOW UP WITH L. KOSTERS REGARDING INFORMATION FOR OPPOSING COUNSEL (.70); WORK ON EVALUATION AND PUTTING TOGETHER INFORMATION FOR SAME (1.5); EVALUATE ARTICLES OF INCORPORATION AND THE CERTIFICATE OF CONVERSION, AND ADDITIONAL DOCUMENTS (1.0) | 3.20 | $2,030.40 |
| 7/18/2017 | 03860 PP HOLLENBECK | EXTENSIVE FOLLOW UP AND RESPONSIVE EMAIL TO D. LAWTON REGARDING GATHERING OF INFORMATION FOR SAME PRIOR TO DISCOVERY (.80); ASSESS DISCOVERY | 3.20 | $2,030.40 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2327869

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | ORDER (.30); EVALUATE AND ASSESS ADDITIONAL DOCUMENTS (1.70); TELEPHONE CALL TO MINTZ LEVIN REGARDING ADDITIONAL DOCUMENTS (.40) | | |
| 7/18/2017 | 07564 | E FAVRET | ASSESS LETTER FROM DAVID HART AND ATTACHMENTS TO PROVIDE TO PLAINTIFF'S COUNSEL AS EVIDENCE OF THE OWNERSHIP STATUS OF THE ESCROW RELEASES; EVALUATE CORRESPONDENCE TO PLAINTIFF'S COUNSEL REGARDING SAME. | 0.20 | $84.60 |
| 7/20/2017 | 03860 | PP HOLLENBECK | FOLLOW UP WITH CLIENT AS TO ADDITIONAL DOCUMENTS | 0.30 | $190.35 |
| 7/21/2017 | 03860 | PP HOLLENBECK | PREPARE EXTENSIVE EVALUATION TO D. LAWTON (WITH ATTACHMENTS) AS TO THE HISTORY OF KELLY ESCROW FUND V, THE BUSINESS ORGANIZATION, AND THE LACK OF TRANSFER (3.0); FOLLOW UP WITH L. KOSTERS REGARDING NEED FOR ADDITIONAL DOCUMENTS (.10) | 3.10 | $1,966.95 |
| 7/21/2017 | 07564 | E FAVRET | EVALUATE CORRESPONDENCE TO PLAINTIFF'S COUNSEL REGARDING OWNERSHIP STATUS OF ESCROW RELEASES. | 0.40 | $169.20 |
| 7/24/2017 | 03860 | PP HOLLENBECK | CORRESPONDENCE FROM D. LAWTON REGARDING NEED FOR ADDITIONAL DOCUMENT AND RESPOND TO SAME (.20); FOLLOW UP ON CORRESPONDENCE TO PLAINTIFF'S COUNSEL (.40); EMAIL TO CLIENT (.10); TELEPHONE CALL TO COURT REGARDING MOTION TO STRIKE AND TAKING SAME OFF CALENDAR (.20); ASSESS DISCOVERY (1.1) | 2.00 | $1,269.00 |
| 7/26/2017 | 03860 | PP HOLLENBECK | FOLLOW UP REGARDING LACK OF TRANSFER (.30); CONTINUE ASSESSMENT OF CLIENT DOCUMENTS AND EMAILS IN CONNECTION WITH RESPONDING TO THE PLAINTIFF (1.1) | 1.40 | $888.30 |
| | | | TOTAL SERVICES | 33.20 | $19,029.50 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2327869

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 07/31/2017 | RECORDS RESEARCH | | 246.40 |
| | | Total: | $246.40 |
| 07/31/2017 | MESSENGER SERVICE | | 50.51 |
| | | Total: | $50.51 |
| | | TOTAL DISBURSEMENTS | $296.91 |

File # G2717-00015 INVOICE# 2327869
CAMMARATA V. KELLY

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 03860 | PP HOLLENBECK | PARTNER | 23.60 | 634.50 | $14,974.20 |
| 07002 | G PULEO | PARTNER | 0.20 | 580.00 | $116.00 |
| 07564 | E FAVRET | ASSOCIATE | 9.10 | 423.00 | $3,849.30 |
| 07343 | JE SUMMERS | ASSOCIATE | 0.30 | 300.00 | $90.00 |
| | | | 33.20 | | $19,029.50 |

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

September 12, 2017

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2343894 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 08/31/2017 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. $6,890.70

TOTAL BALANCE DUE $6,890.70

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2343894

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/1/2017 | 03860 PP HOLLENBECK | FOLLOW UP REGARDING COMMUNICATIONS TO OPPOSING COUNSEL AS TO VOLUNTARY EXCHANGE OF INFORMATION IN ADVANCE OF MANDATORY SETTLEMENT CONFERENCE | 0.10 | $63.45 |
| 8/2/2017 | 03860 PP HOLLENBECK | DISCUSS STATUS WITH G. PULEO [redacted]; EVALUATE ADDITIONAL INFORMATION TO SEND TO OPPOSING COUNSEL REGARDING THE LACK OF TRANSFER (.30); FOLLOW UP WITH G. PULEO AND CLIENT REGARDING NEED FOR ADDITIONAL DOCUMENTS TO FORWARD TO PLAINTIFF'S COUNSEL (.20) | 0.50 | $317.25 |
| 8/2/2017 | 07002 G PULEO | FOLLOW UP REGARDING STATUS OF MATTER; RECEIVE, REVIEW AND RESPOND TO EMAIL CORRESPONDENCE AND TELEPHONE CONFERENCES REGARDING SAME. | 0.20 | $116.00 |
| 8/3/2017 | 03860 PP HOLLENBECK | EMAIL REGARDING ADDITIONAL DOCUMENTS FOR OPPOSING COUNSEL (.20); ANALYZE AND ASSESS OPERATING AGREEMENT FROM L. KOSTERS WITH REGARD TO PRODUCTION OF SAME (.30); WORK ON PREPARATION OF ADDITIONAL INFORMATION FOR PLAINTIFF'S COUNSEL REGARDING THE LACK OF TRANSFER (.50); CORRESPONDENCE FROM M. GRANT AND FOLLOW UP WITH G. PULEO AS TO SAME (.20) | 1.20 | $761.40 |
| 8/3/2017 | 07002 G PULEO | TELEPHONE CONFERENCES AND EMAIL CORRESPONDENCE REGARDING MATTER. | 0.20 | $116.00 |
| 8/4/2017 | 03860 PP HOLLENBECK | EMAIL FROM AND TO M. GRANT (.30; [redacted] PREPARE FOR MEETING WITH SAME ON MONDAY (.70; [redacted] FOLLOW UP DISCUSSION REGARDING INFORMATION FOR PLAINTIFF'S COUNSEL REGARDING THE LACK OF TRANSFER (.20); CORRESPONDENCE FROM CLIENT (.10) | 1.30 | $824.85 |
| 8/4/2017 | 07002 G PULEO | TELEPHONE CONFERENCES WITH MR. KOSTERS REGARDING STATUS; FOLLOW UP WITH P. HOLLENBECK; PREPARATION FOR MEETING WITH MR. GRANT. | 0.40 | $232.00 |
| 8/7/2017 | 03860 PP HOLLENBECK | PREPARE FOR AND MEET WITH M. GRANT (1.3) [redacted] REVIEW, ANALYZE, AND SEND ADDITIONAL | 2.00 | $1,269.00 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2343894

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | DOCUMENTS TO PLAINTIFFS' COUNSEL (.70) | | |
| 8/7/2017 | 07002 G PULEO | PREPARATION FOR AND ATTENDANCE AT MEETING WITH MR. GRANT; FOLLOW UP REGARDING SAME. | 1.00 | $580.00 |
| 8/14/2017 | 03860 PP HOLLENBECK | WORK ON ADDITIONAL CORRESPONDENCE TO PLAINTIFF'S COUNSEL REGARDING EVIDENCE ESTABLISHING [redacted] | 0.80 | $507.60 |
| 8/15/2017 | 03860 PP HOLLENBECK | FOLLOW UP REGARDING PRODUCTION OF DOCUMENTS BY MINTZ TO DUANE MORRIS (.10); CONVERSION OF EXTENSIVE DOCUMENTS ALREADY PROVIDED BY MINTZ LEVIN FOR M. GRANT'S REVIEW AND ANALYSIS | 0.30 | $190.35 |
| 8/17/2017 | 03860 PP HOLLENBECK | EMAILS FROM AND TO M. GRANT REGARDING FILE MATERIAL (.20; NO CHARGE); FOLLOW UP ASSESSMENT OF FILE DOCUMENTS AND ADDITIONAL UNDERLYING DOCUMENTS NEEDED (.50; NO CHARGE); TELEPHONE CALL TO AND FROM D. BARMAK AT MINTZ REGARDING OBTAINING ADDITIONAL DOCUMENTS, EXHIBITS AND TRANSCRIPTS FROM THE UNDERLYING TRIAL (.30) | 0.70 | $444.15 |
| 8/21/2017 | 03860 PP HOLLENBECK | TELEPHONE CONFERENCE WITH ATTORNEYS AT MINTZ REGARDING ADDITIONAL DOCUMENTS NEEDED FROM UNDERLYING LITIGATION [redacted] EVALUATE DOCUMENTS RECEIVED PREVIOUSLY AND FOLLOW UP AS TO ADDITIONAL INFORMATION NEEDED [redacted] TELEPHONE CALL FROM D. LAWTON (.20) | 0.70 | $444.15 |
| 8/25/2017 | 03860 PP HOLLENBECK | PREPARE DOCUMENTS FOR M. GRANT (INCLUDING EVALUATION OF DOCUMENT PRODUCED BY MINTZ TO US AND OUR SEARCHES AND REVIEW OF SAME IN CONNECTION WITH THE DEFENSE OF THIS MATTER) | 0.80 | $507.60 |
| 8/26/2017 | 07024 SM ROBINSON | CONVERT ALL PRODUCTIONS TO IMAGE FORMAT, DOCUMENT TIFFING. EXPORT FILES TO PDF AND NATIVE FOR EXCELS. | 1.30 | $390.00 |
| 8/28/2017 | 03860 PP HOLLENBECK | FOLLOW UP REGARDING FILES FOR M. GRANT, AND EMAILS TO AND FROM SAME | 0.20 | $126.90 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2343894

| | | |
|---|---|---|
| TOTAL SERVICES | 11.70 | $6,890.70 |

File # G2717-00015 INVOICE# 2343894
CAMMARATA V. KELLY

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 03860 | PP HOLLENBECK | PARTNER | 8.60 | 634.50 | $5,456.70 |
| 07002 | G PULEO | PARTNER | 1.80 | 580.00 | $1,044.00 |
| 07024 | SM ROBINSON | E-DISCOVERY PM | 1.30 | 300.00 | $390.00 |
| | | | 11.70 | | $6,890.70 |

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

October 10, 2017

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2349873 IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 09/30/2017 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $1,205.55 |
| DISBURSEMENTS | | |
| MESSENGER SERVICE | $45.90 | |
| PACER FEDERAL DOCKET COSTS | $21.90 | |
| TOTAL DISBURSEMENTS | | $67.80 |
| BALANCE DUE THIS INVOICE | | $1,273.35 |
| TOTAL BALANCE DUE | | $1,273.35 |

File # G2717-00015 INVOICE# 2349873
CAMMARATA V. KELLY

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/1/2017 | 03860 | PP HOLLENBECK | WORK WITH M. GRANT ON OBTAINING ALL DOCUMENTS; TELEPHONE CONFERENCE WITH SAME | 0.30 | $190.35 |
| 9/5/2017 | 03860 | PP HOLLENBECK | CORRESPONDENCE FROM AND TO D. LAWTON REGARDING UPCOMING SETTLEMENT CONFERENCE ISSUES (.10); EVALUATE PROPOSED JOINT MOTION AND SUPPLEMENT AND CHANGE SAME (.40); LOCATE AND PROVIDE EXTENSIVE INFORMATION TO M. GRANT | 0.50 | $317.25 |
| 9/6/2017 | 03860 | PP HOLLENBECK | TELEPHONE CONFERENCE WITH D. LAWTON REGARDING JOINT MOTION TO TAKE THE SETTLEMENT CONFERENCE OFF CALENDAR AND CONTINUE WITH DISCOVERY AND MOTION PRACTICE (.30); FOLLOW UP EMAILS FROM AND TO SAME (.10); EMIAL TO M. GRANT REGARDING PROPOSED JOINT MOTION (.10) | 0.50 | $317.25 |
| 9/7/2017 | 03860 | PP HOLLENBECK | FINALIZE FILING FOR COURT; EMAIL FROM M. GRANT REGARDING SAME AND DISCUSS SUMMARY JUDGMENT MOTION | 0.50 | $317.25 |
| 9/11/2017 | 03860 | PP HOLLENBECK | FOLLOW UP WITH COURT ON THE SUBMITTED ORDER | 0.10 | $63.45 |
| | | | TOTAL SERVICES | 1.90 | $1,205.55 |

File # G2717-00015 INVOICE# 2349873
CAMMARATA V. KELLY

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 09/30/2017 | PACER FEDERAL DOCKET COSTS | | 21.90 |
| | | Total: | $21.90 |
| 09/30/2017 | MESSENGER SERVICE | | 45.90 |
| | | Total: | $45.90 |
| | | TOTAL DISBURSEMENTS | $67.80 |

File # G2717-00015 INVOICE# 2349873
CAMMARATA V. KELLY

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 03860 | PP HOLLENBECK | PARTNER | 1.90 | 634.50 | $1,205.55 |
| | | | 1.90 | | $1,205.55 |

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 19, 2018

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2390274 IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 01/31/2018 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $1,476.00 |
| DISBURSEMENTS | | |
| OVERTIME RELATED COSTS | $0.00 | |
| TOTAL DISBURSEMENTS | | $0.00 |
| TOTAL BALANCE DUE | | $1,476.00 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2390274

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/15/2018 | 07002 | G PULEO | LENGTHY TELEPHONE CONFERENCE WITH MR. KESSLER REGARDING ISSUES FOR HEARING IN KELLY V. CAMMARATA; FACTUAL AND LEGAL RESEARCH IN PREPARATION FOR HEARING. | 0.80 | $492.00 |
| 1/16/2018 | 07002 | G PULEO | CAMMARATA V. KELLY CAPITAL (ATTEND HEARING); PREPARATION OF EMAIL CORRESPONDENCE TO MR. KELLY REGARDING SAME; TELEPHONE CONFERENCE WITH MR. KELLY REGARDING SAME AND DISCOVERY ISSUES; FOLLOW UP WITH CO-COUNSEL REGARDING SAME. | 1.20 | $738.00 |
| 1/30/2018 | 07002 | G PULEO | PREPARATION FOR AND ATTENDANCE AT TELEPHONE CONFERENCE WITH THE GRANT FIRM AND MR. KELLY AND MR. KOSTERS REGARDING STATUS; RECEIVE, REVIEW AND RESPOND TO EMAIL CORRESPONDENCE AND REVIEW AND ANALYSIS OF ORDER REGARDING SAME; REVIEW AND ANALYSIS OF MEET AND CONFER EMAILS. | 0.40 | $246.00 |
| | | | TOTAL SERVICES | 2.40 | $1,476.00 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2390274

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 01/31/2018 | OVERTIME RELATED COSTS | | 0.00 |
| | | Total: | $0.00 |
| | | TOTAL DISBURSEMENTS | $0.00 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2390274

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07002 | G PULEO | PARTNER | 2.40 | 615.00 | $1,476.00 |
| | | | 2.40 | | $1,476.00 |

DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

September 14, 2018

KELLY INVESTMENT GROUP
GREG BOWEN, CFO
12730 HIGH BLUFF DRIVE, SUITE 250
SAN DIEGO, CA 92130

CAMMARATA V. KELLY

File# G2717-00015 Invoice# 2460767 IRS# 23-1392502

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 09/13/2018 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | $1,773.50 |
| TOTAL BALANCE DUE | $1,773.50 |

File # G2717-00015
CAMMARATA V. KELLY

INVOICE# 2460767

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/9/2018 | 07002 | G PULEO | PREPARATION OF AND RECEIVE, REVIEW AND RESPOND TO EMAIL CORRESPONDENCE REGARDING [redacted]; FOLLOW UP REGARDING SAME. | 0.30 | $184.50 |
| 4/10/2018 | 07002 | G PULEO | PREPARATION FOR AND ATTENDANCE AT TELEPHONE CONFERENCE WITH MR. KOSTERS AND MR. KESSLER REGARDING STRATEGY [redacted] | 0.40 | $246.00 |
| 4/12/2018 | 07002 | G PULEO | REVIEW AND ANALYSIS OF CAMMARATA V. KELLY CAPITAL, LLC ET AL MOTION TO SUPPLEMENT. | 0.20 | $123.00 |
| 4/16/2018 | 07002 | G PULEO | RECEIVE, REVIEW AND RESPOND TO EMAIL CORRESPONDENCE REGARDING MOTIONS AND DEPOSITIONS. | 0.30 | $184.50 |
| 4/30/2018 | 07002 | G PULEO | RECEIVE, REVIEW AND RESPOND TO EMAIL CORRESPONDENCE REGARDING DEPOSITIONS AND OTHER OPEN MATTERS. | 0.20 | $123.00 |
| 5/1/2018 | 08151 | MM STACEY | ANALYSIS OF [redacted] (.8) | 0.80 | $292.00 |
| 5/2/2018 | 08151 | MM STACEY | PREPARE MOTION TO WITHDRAW AS COUNSEL (1.0); PREPARE DECLARATION OF GRANT PULEO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (.4); PREPARE PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (.3) | 1.70 | $620.50 |
| | | | TOTAL SERVICES | 3.90 | $1,773.50 |

File # G2717-00015 INVOICE# 2460767
CAMMARATA V. KELLY

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07002 | G PULEO | PARTNER | 1.40 | 615.00 | $861.00 |
| 08151 | MM STACEY | ASSOCIATE | 2.50 | 365.00 | $912.50 |
| | | | 3.90 | | $1,773.50 |